| AO-10 (4)<br>Rev. 1/98 | **FINANCIAL DISCLOSURE REPORT**<br>Nomination Report | *Report Required by the Ethics*<br>*Reform Act of 1989, Pub L No.*<br>*101-194, November 30, 1989*<br>*(5 U.S.C. App. 4, Sec. 101-112)* |
|---|---|---|

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Lee, Gerald B. | 2. Court or Organization<br><br>U.S. District Court E.D. Va. | 3. Date of Report<br><br>04/30/1998 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>Nominee: U.S. District Court | 5. Report Type (check type)<br><br>X Nomination, Date 05/22/1998<br><br>__ Initial __ Annual __ Final | 6. Reporting Period<br><br>01/01/1998<br>to<br>05/01/1998 |
| 7. Chambers or Office Address<br><br>19th Judicial Circuit Court<br><br>4110 Chain Bridge Road, 5th fl<br><br>Fairfax, VA 22030 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| [X] NONE *(No reportable positions.)* | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE *(No reportable agreements.)* | |
| 1 11/01/86 | Cohen & Associates Pension and Profit Sharing Plan 401(k), with former law firm, no control |
| 2 12-01-84 | Lee & Finch Retirement Plan 401(K) Del. Charter Guarantee Trustee for |
| 3 03/01/92 | Virginia Retirement System, government pension, vested, 20 years as of 5/1/98 |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| [ ] NONE *(No reportable non-investment income.)* | | |
| 1 01-01-97 | Salary, Circuit Court Judge, Virginia | $ 104,000.00 |
| 2 01-01-97 | Surovell Jackson Colten & Dugan, P.C. (S) | |
| 3 01/01/96 | Salary, Fairfax Circuit Court | $ 101,000.00 |
| 4 01/01/98 | Salary, Fairfax Circuit Court Judge | $ 108,000.00 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee, Gerald B. | 04/30/1998 |

**SECTION HEADING.** (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | | | Gross Income |
|---|---|---|---|---|---|
| 5 | 01/01/96 | Survell Jackson Colten & Dugan, P.C., (S) | $ | 0.00 | • |
| 6 | 01/01/98 | Surovell Jackson Colten & Dugan, P.C. (S) | $ | 0.00 | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee, Gerald B. | 04/30/1996 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE *(No such reportable reimbursements.)* | |
| 1 | None. Exempt. | |
| 2 | _____ | _____ |
| 3 | _____ | _____ |
| 4 | _____ | _____ |
| 5 | _____ | _____ |
| 6 | _____ | _____ |
| 7 | _____ | _____ |

## V. GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ | NONE *(No such reportable gifts.)* | | |
| 1 | None. Exempt. | | |
| 2 | _____ | _____ | _____ |
| 3 | _____ | _____ | _____ |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| ☒ | NONE *(No reportable liabilities.)* | | |
| 1 | | | |
| 2 | _____ | _____ | __ |
| 3 | _____ | _____ | __ |
| 4 | _____ | _____ | __ |
| 5 | _____ | _____ | __ |
| 6 | _____ | _____ | __ |

* VAL. CODE: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

Digitized by Google

**FINANCIAL DISCLOSURE REPORT**

Name of Person Reporting
or and R.

Date of Report
04/30/98

## VII. Page 1 INVESTMENTS and TRUSTS— Income, value, transactions

(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g. dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, partial redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | | |
| 1 Cohen Associates Money Purchase Pension Plan 401( ) | C | Dividend | | | T | | | | | |
| or Finch 401 ( ) | | | J | | T | | | | | |
| 3 AT T (Lar Finch 401 ) | A | Dividend | J | | T | | | | | |
| 4 BLT Holdings Inc. (Lar Finch 401 (K) | D | | J | | T | | | | | |
| 5 Lucent Technologies(Lar Finch 401(K) | | | J | | T | | | | | |
| NCR Corp Com (Lar Finch 401(K) | | | J | | T | | | | | |
| Wal Mart tores, Inc (Lar Finch 401 (K) | | | J | | T | | | | | |
| Fidelity elect Regional Bank s Fund | B | Dividend | J | | T | | | | | |
| Fidelity Gro th Income Fund IRA | C | Dividend | J | | T | | | | | |
| 10 Fidelity elect Regional Bank s Fund IRA | C | Dividend | J | | T | | | | | |
| 11 T. Ro e Price Century Plan ( ) | A | Dividend | J | | T | | | | | |
| 12 The American Funds Group ( ) | D | Dividend | J | | T | | | | | |
| 1 perton .. E uity Index Ba d Thomas 401 ( )( ) | B | Dividend | J | | T | | | | | |
| 14 Asset Manager Gro th Ba d Thomas 401(K)( ) | B | Dividend | J | | T | | | | | |
| 15 Fidelity Magellan Fund Ba d Thomas 401(K)( ) | C | Dividend | | | T | | | | | |
| 1 Rental Property 1 Alexandria, VA ( ) | A | Rent | | | W | | | | | |
| 1 Opp Quest for Opty A Fund (J) | A | Dividend | J | | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

Digitized by Google

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting
Lee, Gerald B.

Date of Report
04/30/98

### VII. Page 2 INVESTMENTS and TRUSTS— Income, value, transactions (Includes those of spouse and dependent children. See pp. 34-54 of Instructions.)

| A. Description of Assets (Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g. dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | | |
| 1 Alger Capital Appr Fund | A | Dividend | J | T | | | | | | |
| 1 AIM Constellation Fund | A | Dividend | J | T | | | | | | |
| 20 Johnson Controls | A | Dividend | J | T | | | | | | |
| 21 U.S. West Media Group (Lee Finch 401K) | A | div. | J | T | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| 32 | | | | | | | | | | |
| 33 | | | | | | | | | | |
| 34 | | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$30,000 |
|---|---|---|---|---|---|
| | F=$30,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book Value | V=Other | W=Estimated | | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Lee, Gerald B. | Date of Report<br>04/30/1998 |
|---|---|---|

**VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.**
*(Indicate part of report.)*

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Lee, Gerald B. | Date of Report<br>04/30/1998 |
|---|---|---|

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____ Date 5-26-98

Note: Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

Digitized by Google

# PERSONAL FINANCIAL STATEMENT AS OF 4-18-98

SUBMITTED TO: **BURKE & HERBERT BANK & TRUST CO.**

## PERSONAL INFORMATION

| APPLICANT NAME | CO-APPLICANT (NAME) |
|---|---|
| Gerald Bruce Lee | Edna Ruth Vincent |

19th Judicial Circuit Court, Va.    Surovell Jackson Colten & Dugan, P.C.

Va. 22033    Fairfax, VA 22030

4110 Chain Bridge Road, 5th Fairfax    University Drive, Ste. 200

6    Circuit Judge      Attorney

Fine Chrien & Byrum, Ltd.    2

Springfield, VA 22151    same as applicant

11 5 52    same as

### Cash Income & Expenditures Statement For Year Ended _____

| ANNUAL INCOME | AMOUNT $ | ANNUAL EXPENDITURES | AMOUNT $ |
|---|---|---|---|
| | $ | Federal Income and Other Taxes | $ |
| | | State Income and Other Taxes | |
| | | Rents, Interest, Cost of Contract Maintenance | |
| | | Mortgage Payments | |
| | | Property Taxes | |
| | | | |
| | | Insurance | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL INCOME ▶** | $ | **TOTAL EXPENDITURES ▶** | $ |

Digitized by Google

Balance Sheet as of __4-18-98__

| ASSETS | AMOUNT ($) | LIABILITIES | AMOUNT ($) |
|---|---|---|---|
| Cash in this Bank (including money market accounts, CDs) | $4900. | Notes Payable to this Bank | X X X |
| | | Secured    (gbl car) | $10,000. |
| in Other Financial Institutions (List) including money market accounts, CDs) | | Unsecured | |
| | | Notes Payable to Others (Schedule E) | X X X |
| | | Secured | |
| | | Unsecured | |
| | | Accounts Payable (including credit cards) | 19,297. |
| | | Margin Accounts | |
| Readily Marketable Securities (Schedule A) | 12,045. | Notes Due: Partnership (Schedule D) | |
| Non-Readily Marketable Securities (Schedule A) | | Taxes Payable | |
| Accounts and Notes Receivable | | Mortgage Debt (Schedule C) | 237,228. |
| Net Cash Surrender Value of Life Insurance (Schedule B) | | Life Insurance Loans (Schedule B) | |
| Residential Real Estate (Schedule C) | 335,000. | Other Liabilities (List): | |
| Real Estate Investments (Schedule C) | | | |
| Partnerships / PC Interests (Schedule D) | | | |
| IRA, Keogh, Profit-Sharing & Other Vested Retirement Accts. | 149,290. | | |
| Deferred Income (number of years deferred ____ ) | | | |
| Personal Property (including automobiles) | 15,000. | | |
| Other Assets (List): | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL LIABILITIES | 273,526. |
| | | NET WORTH | 242,709. |
| | $516,235. | | $ |

## CONTINGENT LIABILITIES

| | YES | NO | AMOUNT |
|---|---|---|---|
| Are you a guarantor, co-maker, or endorser for any debt of an individual, corporation, or partnership? | ☐ | ☒ | $_____ |
| Do you have any outstanding letters of credit or surety bonds? | ☐ | ☒ | _____ |
| Are there any suits or legal actions pending against you? | ☐ | ☒ | _____ |
| Are you contingently liable on any lease or contract? | ☐ | ☒ | _____ |
| Are any of your tax obligations past due? | ☐ | ☒ | _____ |
| What would be your total estimated tax liability if you were to sell your major assets? | | | _____ |

If yes for any of the above, give details:

## Schedule A - All Securities (including non-money market mutual funds)

| No. of Shares / Amount of Bonds (Face Value) | DESCRIPTION | OWNERSHIP | WHERE HELD | COST | CURRENT MARKET VALUE | PLEDGED YES | PLEDGED NO |
|---|---|---|---|---|---|---|---|
| READILY MARKETABLE SECURITIES (Including U.S. Governments and Municipals) | | | | | | | |
| 148 | Opp.Quest Opp A | joint ten. | self | 42.42@ | 5786.63 | ☐ | ☒ |
| 106 | Alger Cap. Appr. | joint ten. | self | 27.25@ | 2903.35 | ☐ | ☒ |
| 102 | AIM Constellation | " " | " | 29.35@ | 3001.30 | ☐ | ☒ |
| 06 | Johnson Controls | " " | " | 59.00@ | 354.00 | ☐ | ☒ |
| | | | | | | ☐ | ☐ |
| NOT READILY MARKETABLE SECURITIES (closely held, thinly traded, or restricted stock) | | | | | | | |
| | | | | | | ☐ | ☐ |
| | | | | | | ☐ | ☐ |

* If not enough space, attach a separate schedule or brokerage statement and enter totals only.

Digitized by Google

**Schedule B - Insurance**

Life Insurance (use additional sheet if necessary)

| Insurance Category | Face Amount of Policy | Type of Policy | Beneficiary | Cash Surrender Value | Amount Borrowed | Ownership |
|---|---|---|---|---|---|---|
| .e of Va. Inc | 216k | term | wife | 0 | 0 | self |
| New Eng. Life | 150k | whole | wife | 2879 | 0 | self |
| Primerica | 170k | term | son, others | 0 | 0 | self |

| Disability Insurance | Applicant | Co-Applicant |
|---|---|---|
| Monthly Distribution if Disabled | 2500 | 1200 |
| Number of Years Covered | 15 yr. | 2 yr. |

**Schedule C - Personal Residence & Real Estate Investments, Mortgage Debt (majority ownership only)**

Personal Residence

| Property Address | Legal Owner | Purchase Year | Price | Market Value | Present Loan Balance | Interest Rate | Loan Maturity Date | Monthly Payment | Lender |
|---|---|---|---|---|---|---|---|---|---|
| Spf. Lee&Vincent | 1990 | 194K | 250K | 187k86 | 7 | 6 | 5/24 | 576.44 | GE Capital |

Investment

| Property Address | Legal Owner | Purchase Year | Price | Market Value | Present Loan Balance | Interest Rate | Loan Maturity Date | Monthly Payment | Lender |
|---|---|---|---|---|---|---|---|---|---|
| 6435 Richm Hwy | E.Vincent | 1985 | 50K | 85K | 49,742 | 6 | | 521.20 | Transworld |

**Schedule D - Partnerships (less than majority ownership for real estate partnerships)***

| Type of Investment | Date of Initial Investment | Cost | Percent Owned | Current Market Value | Balance Due on Partnership; Notes, Cash Call | Final Contribution Date |
|---|---|---|---|---|---|---|
| Business/Professional (indicate name): | | | | | | |
| | | | | | | |
| Investments (including Tax Shelters) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Note: For investments which represent a material portion of your total assets, please include the relevant financial statements or tax returns, or in the case of partnership investments or S-corporations, schedule K-1s.

**Schedule E - Notes Payable**

| Due to | Type of Facility | Amount of Line | Secured Yes / No | Collateral | Interest Rate | Maturity | Deposit Balance |
|---|---|---|---|---|---|---|---|
| | | | ☐ ☐ | | | | |
| | | | ☐ ☐ | | | | |
| | | | ☐ ☐ | | | | |

Digitized by Google

**Please Answer The Following Questions:**

1. Income tax returns filed through (date): _____ 1997 _____ Are any returns currently being audited or contested? ☐ Yes ☒ No
   yes, what year(s)? _____

2. Have (either of) you or any firm in which you were a major owner ever declared bankruptcy? ☐ Yes ☒ No
   If yes, please provide details: _____

3. Have you drawn a will? ☐ Yes ☒ No
   If yes, please furnish the name of the executor(s) and year will was drawn: _____

4. Number of dependents (excluding self) and relationship to applicant: ___0___

5. Have you ever had a financial plan prepared for you? ☐ Yes ☒ No

6. Did you include two years federal and state tax returns? ☒ Yes ☐ No

7. Do (either of) you have a line of credit or unused credit facility at any other institution(s)? ☐ Yes ☒ No
   If so, please indicate where, how much, and name of banker: _____
   _____
   _____

8. Do you anticipate any substantial inheritances? ☐ Yes ☒ No
   If yes, please explain: _____
   _____

---

**Representations and Warranties**

The information contained in this statement is provided to induce you to extend or to continue the extension of credit to the undersigned or to others upon the guarantee of the undersigned. The undersigned acknowledge and understand that you are relying on the information provided herein in deciding to grant or continue credit or to accept a guarantee thereof. Each of the undersigned represents, warrants and certifies that the information provided herein is true, correct and complete. Each of the undersigned agrees to notify you immediately and in writing of any change in name, address, or employment and of any material adverse change (1) in any of the information contained in this statement or (2) in the financial condition of any of the undersigned or (3) in the ability of any of the undersigned to perform its (or their) obligations to you. In the absence of such notice or a new and full written statement, this should be considered as a continuing statement and substantially correct. If the undersigned fail to notify you as required above, or if any of the information herein should prove to be inaccurate or incomplete in any material respect, you may declare the indebtedness of the undersigned or the indebtedness guaranteed by the undersigned, as the case may be, immediately due and payable. You are authorized to make all inquiries you deem necessary to verify the accuracy of the information contained herein and to determine the credit-worthiness of the undersigned. The undersigned authorize any person or consumer reporting agency to give you any information it may have on the undersigned. Each of the undersigned authorizes you to answer questions about your credit experience with the undersigned. As long as any obligation or guarantee of the undersigned to you is outstanding, the undersigned shall supply annually an updated financial statement. This personal financial statement and any other financial or other information that the undersigned give you shall be your property.

_May 27, 1998_ _____  _____
Date                                Your Signature

_____  _____
Date                                Co-Applicant's Signature (if you are requesting
                                    the financial accommodation jointly)

Digitized by Google